# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142350(123)

In re Estate of JEWELL ANDERSON, a
Protected Person.
_____

TIMOTHY FLYNN, Conservator of Jewell
Anderson, a Protected Person
            Petitioner-Appellee,

v

DIANE ANDERSON,
            Intervening Plaintiff-Appellant,
and

DAVID C. ANDERSON,
            Intervening Plaintiff.
_____/

SC: 142350
COA: 292036
Oakland PC: 2004-295192-GA

      On order of the Court, the motion for reconsideration of this Court's April 25, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829